Slip Op. 07-34

# UNITED STATES COURT OF INTERNATIONAL TRADE

```
_____
                                      :
SLATER STEELS CORPORATION, et al.,    :
                                      :
            Plaintiffs,               :
                                      :
      v.                              :
                                      :
UNITED STATES,                        :
                                      :
            Defendant.                :      Before: Judith M. Barzilay, Judge
_____:             Consol Ct. No. 02-00551

_____
                                      :
VIRAJ GROUP,                          :
                                      :
            Plaintiff,                :
                                      :
v.                                    :
                                      :
UNITED STATES,                        :
                                      :
            Defendant,                :
                                      :
and                                   :
                                      :
SLATER STEELS CORPORATION, et al.,    :
                                      :
            Defendant-Intervenors.    :
_____:
```

## <u>JUDGMENT ORDER</u>

[Commerce's *Final Results of Redetermination Pursuant to Remand II* reinstated.]

Dated: March 12, 2007

*Collier, Shannon, Scott, PLLC* (*Robin H. Gilbert*), for Plaintiffs and Defendant-Intervenors Slater Steels Corp., Carpenter Technology Corporation, Electralloy Corp., and Crucible Specialty Metals Division, Crucible Materials Corp.

*Miller & Chevalier Chartered* (*Peter J. Koenig*), for Plaintiff Viraj Group.

(*Jeanne E. Davidson*), Director; (*Stephen C. Tosini*), Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice; (*Matthew D. Walden*), Office of Chief Counsel for Import Administration, United States Department of Commerce, of counsel, for Defendant.

Pursuant to the holding of the Court of Appeals for the Federal Circuit in *Viraj Group v. United States*, Slip Op. 2006-1158 (Fed. Cir. Feb. 13, 2007), it is hereby

ORDERED that the Department of Commerce's *Final Results of Determination Pursuant to Remand* (Dep't Commerce May 7, 2004) ("*Remand Results II*"), produced in response to this court's decision in *Slater Steels Corp. v. United States*, 28 CIT __, 316 F. Supp. 2d 1368 (2004), is reinstated; and it is further

ORDERED that this case is dismissed.


March 12, 2007                                                    /s/ Judith M. Barzilay
Dated:_____                    _____
New York, NY                                                                      Judge